AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-cr-0252-JAD-DJA |
| | ) | |
| JORGE FLORES | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89131<br>Before the Honorable Magistrate Judge Brenda Weksler | Courtroom No.: | 3B |
|---|---|---|---|
| | | Date and Time: | 10/08/2019 11:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/04/2019

*Judge's signature*

Brenda Weksler, U.S. Magistrate Judge
*Printed name and title*