**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JORGE FLORES,<br><br>Defendant. | Case No.:  2:19-cr-00252-JAD-DJA<br><br><br>Stipulation and Order to Continue Sentencing<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and EDWARD VERONDA, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant JORGE FLORES, that the Sentencing and Disposition currently scheduled for April 4, 2023 at 2:00 p.m. be continued for not less than three (3) weeks to a date convenient for the Court, preferably a Friday, except for April 14, 2023 as Mr. Veronda will not be available.

This stipulation is entered into for the following reasons:

1. This is the first Sentencing and Disposition continuance request.

2. Counsel for Defendant is currently in a multi–Defendant Federal Trial before

   Judge Gloria Navarro which commenced on March 20, 2023 and is expected to last

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

for 4-6 weeks, with no sessions on Fridays. Therefore, counsel would be available on any Friday setting during that time period.

3.  Counsel for Defendant is also currently set to begin an in-custody Jury Trial on a re-trial double murder case from a previous capital verdict in Case No. 06C224572-3 with a firm setting commencing on May 1, 2023.

4.  Further, the parties both took steps to ensure Mr. Flores attended an 18 U.S.C. § 3553(f)(5) session on March 27, 2023 but, through no fault of either the government or the defendant, Mr. Flores was not transported to the courthouse for the proceeding.  Both parties agree this event should occur before sentencing. The parties have rescheduled the § 3553(f)(5) conference for April 13, 2023.

5.  The parties agree to the continuance.

6.  The defendant is in custody and is aware of the need to continue sentencing.

7.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

8.  For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

DATED this 28th day of March, 2023.

Respectfully submitted,

HOFLAND & TOMSHECK                          JASON M. FRIERSON
                                            United States Attorney

*/s/ Joshua Tomsheck*                        */s/ Edward Veronda*
JOSHUA TOMSHECK, ESQ.                        EDWARD VERONDA, ESQ.
Counsel for Defendant                        Assistant United States Attorney
JORGE FLORES

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  2:19-cr-00252-JAD-DJA |
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| JORGE FLORES, | (First Request) |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the first Sentencing and Disposition continuance request.

2. Counsel for Defendant is currently in a multi–Defendant Federal Trial before Judge Gloria Navarro which commenced on March 20, 2023 and is expected to last for 4-6 weeks, with no sessions on Fridays. Therefore, counsel would be available on any Friday setting during that time period.

3. Counsel for Defendant is also currently set to begin an in-custody Jury Trial on a re-trial double murder case from a previous capital verdict in Case No. 06C224572-3 with a firm setting commencing on May 1, 2023.

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

4.  Further, the parties both took steps to ensure Mr. Flores attended an 18 U.S.C. § 3553(f)(5) session on March 27, 2023 but, through no fault of either the government or the defendant, Mr. Flores was not transported to the courthouse for the proceeding.  Both parties agree this event should occur before sentencing. The parties have rescheduled the § 3553(f)(5) conference for April 13, 2023.

5.  The parties agree to the continuance.

6.  The defendant is in custody and does not object to this continuance.

7.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

8.  For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

## **ORDER**

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for April 4, 2023 at 2:00 p.m. be continued to  May 5, 2023, at 10:00 a.m.

DATED this 28th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

_/s/ Joshua Tomsheck_____
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910